No. 03-14-00251-CR

IN THE CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 03 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

WARREN RANDALL HUGHES #1963739

VS.

THE STATE OF TEXAS

FROM APPEAL NO. 03-14-00251-CR
TRIAL CAUSE No. 70,431

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCREATIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, WARREN RANDALL HUGHES #1963739, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE PETITION FOR DISCREATIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

### I.

THE PETITIONER WAS CONVICTED IN THE 27TH DISTRICT COURT OF BELL COUNTY, TEXAS OF THE OFFENSE OF AGG. ROBBERY IN CAUSE NO. 70431, STYLED STATE OF TEXAS VS. WARREN RANDALL HUGHES. THE PETITIONER APPEALED TO THE COURT OF APPEALS 3rd DISTRICT SUPREME JUDICIAL DISTRICT, THE CASE WAS AFFIRMED ON DECEMBER 23rd, 2014.

### II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCREATIONARY REVIEW IS JANUARY 2, 2015. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST

1 of 3

## III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS:

PETITIONER WAS NOT INFORMED OF HIS DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL JANUARY 22ND, 2015. SINCE THAT THE PETITIONER HAS BEEN ATTEMPTING TO FILE PETITION FOR DISCREATIONARY REVIEW PRO-SE. HIS ATTORNEY ON HIS APPEAL TROY C. HURLEY INFORMED HIM OF THE COURTS DECISION AFTER HIS RETURNING FROM OUT OF TOWN AS WELL AS HE WOULD NOT BE REPRESENTING PETITIONER IN HIS APPEAL AND PETITION FOR DISCREATIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCREATIONARY REVIEW IN CAUSE No. 03-14-00751-CR TO MARCH 29TH, 2015.

Warren Hughes
PETITIONER PRO-SE
T.D.CJ# 1963239

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, BOB ODOM, at 1201 Huey RD STE. 2100 Belton, Tx 76513, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 28th day of January, 2015.

Warren Hughes #1963739
Petitioner, pro se

I, Warren Randall Hughes, TDCJ # 1963739, being presently incarcerated in the Gurney Unit of the Texas Department of Criminal Justice in Anderson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 28th day of January, 2015.

Warren Hughes
Gurney Unit TDCJ #1963739
1385 F.M. 3328
Palestine, TX 75803

January 28th, 2015

Jeffery D. Kyle, Clerk
Court of Criminal Appeals
P.O. Box 12547
Austin, Texas 78711-2547

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 03 2015

Abel Acosta, Clerk

Dear Clerk:

    Enclosed please find my PRO-SE Defendant's Motion for Extension to File Petition for Discretionary Review. Please file this Motion and bring it to the attention of the court.

    Please date-stamp, file and return this letter to me at my address shown below. I also request that you notify me of the court's ruling on my motion:

Sincerly,

Warren Hughes     # 1963739
DEFENDANT    PRO-SE

c/o: Gurney Unit - T.D.C.J.
1385 F.M. 3328
Palestine, Texas 75803

RECEIVED
FEB 03 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE